# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON COOPER, LOUIS DAVENPORT, RON GATLIN, KENNY SWATT, STEPHEN ZERINGUE, and WILLIAM PITZER,** on behalf of Themselves and all other similarly situated individuals | **CIVIL ACTION** |
| **VERSUS** | |
| **KATHY KLIEBERT,** Secretary of the Louisiana Department of Health and Hospitals, in her official capacity; and the **LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS, STATE OF LOUISIANA** | **NO. 14-507-SDD-SCR** |

## MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Defendants, **KATHY KLIEBERT ("KLIEBERT"),** Secretary of the Louisiana Department of Health and Hospitals, in her official capacity; and the **LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS, STATE OF LOUISIANA ("DHH"),** who respectfully request that the Plaintiffs' claims against them be dismissed pursuant to Fed. R. Civ. P. Rule 12(b)(1) and/or to Fed. R. Civ. P. Rule 12(b)(6) for the following reasons:

1.

The issue for which Plaintiffs' Complaint is based is that the named plaintiffs herein have been adjudicated NGRI and are awaiting placement with DHH while remaining in jail. This issue is now moot because the named plaintiffs have been placed either within DHH's Eastern Louisiana Mental Health System or in the community; thus, plaintiffs have failed to state a claim for which relief can be granted.

2.

Defendants, Kliebert and DHH, are entitled to Eleventh Amendment sovereign immunity as an agency and arm of the State of Louisiana from suit in this Honorable Court. Neither Kliebert nor DHH has waived the State's sovereign immunity. The Eleventh Amendment to the United States Constitution provides that "(t)he Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against any one of the United States by Citizens of another State, or by citizens or Subjects of any foreign state."

3.

This Honorable Court lacks subject matter jurisdiction over the claims asserted against Defendants, Kliebert and DHH, as there is no federal question at issue.

**WHEREFORE**, Defendants, Kliebert and DHH, respectfully pray that all federal claims against them be dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 12(b)(1) and/or to Fed. R. Civ. P. Rule 12(b)(6) at Plaintiffs' cost.

Respectfully submitted:

  /s/  **Jenna Germany Young**
Jenna Germany Young, La. Bar Roll No. 25942
Rebecca P. DeLaSalle, La. Bar Roll No. 30142
Lindsay L. Pantaleo, La. Bar Roll No. 32561
Stephanie Borghardt, La. Bar Roll No. 33465
Department of Health and Hospitals
Bureau of Legal Services
628 North 4th Street (70802)
P.O. Box 3836
Baton Rouge, Louisiana  70821-3836
(225) 342-1128 (Telephone); (225) 342-2232 (Facsimile)
Jenna.Young@la.gov
Rebecca.Delasalle@la.gov
Lindsay.Pantaleo@la.gov
Stephanie.Borghardt@la.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2014, a copy of the foregoing *Motion to Dismiss Plaintiffs' Class Action Complaint*, pursuant to Fed. R. Civ. P. Rules 12(b)(1) and 12(b)(6), was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to CM/ECF participants by operation of this court's electronic filing system.

**/s/   Jenna Germany Young**
Jenna Germany Young

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON COOPER, LOUIS DAVENPORT, RON GATLIN, KENNY SWATT, STEPHEN ZERINGUE, AND WILLIAM PITZER, on behalf of themselves and all other similarly situated individuals, PLAINTIFFS** | **CIVIL ACTION** |
| **VERSUS** | |
| **KATHY KLIEBERT, SECRETARY OF THE LOUISIANA DEPARTMENT OF HEALH AND HOSPITALS, IN HER OFFICIAL CAPACITY; AND THE LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS, DEFENDANTS.** | **NO. 14-507-SDD-SCR** |

## **ORDER**

Considering the foregoing *Motion to Dismiss Plaintiffs' Class Action Complaint* and supporting Memorandum:

**IT IS HEREBY ORDERED** that Plaintiffs appear on the _____ day of _____, 2014 at _____ o'clock _m. to show cause why the foregoing relief should not be granted.

Thus done and signed in Baton Rouge, Louisiana this _____ day of September, 2014.

_____
**Judge Shelly D. Dick, United States District Court
Middle District of Louisiana**

4