UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


BRANDON COOPER, ET AL

VERSUS

KATHY KLIEBERT, SECRETARY
OF THE LOUISIANA DEPARTMENT
OF HEALTH AND HOSPITALS,
IN HER OFFICIAL CAPACITY,
ET AL

CIVIL ACTION

NUMBER 14-507-SDD-SCR

## RULING ON MOTION TO QUASH SUBPOENA

Before the court is the Motion of NORTEC, LLC to Quash Subpoena Issued by Louisiana Department of Health and Hospitals. Record document number 111. No opposition or other response has been filed.

Non-party NORTEC, LLC moved to quash a subpoena served by defendant Louisiana Department of Health and Hospitals ("DHH") for the production of all records pertaining to Harold Humphrey. The subpoena describes Humphrey as a Rapides Parish Detention Center inmate.[1] The motion does not describe or explain the connection between Humphrey, NORTEC and the Rapides Parish Detention Center, but the motion clearly infers that NORTEC has the records sought by DHH.[2] The motion asserts that Humphrey is not a named plaintiff,

---

[1] Record document number 111-2.

[2] In response to another motion to quash filed by NORTEC, the plaintiffs asserted that NORTEC is "the medical provider for the Rapides Parish Sheriff's Office." Record document number 120, Memorandum in Opposition to NORTEC, LLC's Motion to Quash Plaintiffs' Subpoena, p. 1

and a review of the record confirms this assertion.  NORTEC argued that the records sought are privileged and protected from disclosure under both federal and state law.  NORTEC's citation of *Jaffee v. Redmond*,[3] Article 501(B)(1), Louisiana Code of Evidence, and provisions of the Health Insurance Portability and Accountability Act, suggests that NORTEC provided some form of mental health services to Humphrey.

Notwithstanding the deficiencies in NORTEC's motion, there is no reason to deny it.  The motion is not opposed, and DHH has not explained how Humphrey's medical/mental health records are relevant to the plaintiff's claims or its defenses.  Without a showing of relevance, there is no need to address NORTEC's privilege/ protection argument.

Accordingly, the Motion of NORTEC, LLC to Quash Subpoena Issued by Louisiana Department of Health and Hospitals is granted.

Baton Rouge, Louisiana, August 10, 2015.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[3] 518 U.S. 1, 15, 116 S.Ct. 1923 (1966) (confidential communications between licensed psychotherapist and patient during course of diagnosis or treatment are protected from compelled disclosure under Rule 501, Fed.R.Evid.).