UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON COOPER, et al., | |
| Plaintiffs | CIVIL ACTION NO. 3:14-00507-SDD-RLB |
| v. | CHIEF JUDGE DICK |
| COURTNEY N. PHILLIPS, et al., | MAGISTRATE JUDGE BOURGEOIS |
| Defendants | |
| *Consolidated with* | |
| ADVOCACY CENTER and MONICA JACKSON, | |
| Plaintiffs | CIVIL ACTION NO. 3:15-00751-SDD-RLB |
| v. | CHIEF JUDGE DICK |
| COURTNEY N. PHILLIPS, et al., | MAGISTRATE JUDGE BOURGEOIS |
| Defendants. | |

## ORDER

Considering the Plaintiffs' *Unopposed Motion for Continued Reporting and Jurisdiction Over the Settlement Agreement and Notice of Negotiations Related to a Supplemental Agreement*, IT IS HEREBY ORDERED that the Motion is GRANTED and the Court's jurisdiction over the settlement agreement and the reporting provisions therein shall remain in effect pending the parties' negotiations.

Baton Rouge, Louisiana the 3rd day of December, 2020.

*Shelly D. Dick*
_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA