## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRANDON COOPER, et al.,** | * | |
| | * | |
| Plaintiffs | * | **CIVIL ACTION NO. 3:14-00507-SDD-RLB** |
| | * | |
| v. | * | **JUDGE DICK** |
| | * | |
| **COURTNEY N. PHILLIPS, et al.,** | * | **MAGISTRATE JUDGE BOURGEOIS** |
| | * | |
| Defendants | * | |
| | * | |
| *Consolidated with* | * | |
| | * | |
| **ADVOCACY CENTER and MONICA JACKSON,** | * | |
| | * | |
| | * | **CIVIL ACTION NO. 3:15-00751-SDD-RLB** |
| Plaintiffs | * | |
| | * | **JUDGE DICK** |
| v. | * | |
| | * | **MAGISTRATE JUDGE BOURGEOIS** |
| **COURTNEY N. PHILLIPS, et al.,** | * | |
| | * | |
| Defendants. | * | |
| | * | |

## OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME

On June 22, 2021, Defendants filed an opposed Motion for Extension of Time to Oppose Plaintiffs' Motions to Reopen Discovery and Rule to Show Cause Why Defendants Should not Be Held in Contempt.[1] Defendants seek an additional twenty-one (21) days, a total of over six weeks, to respond to Plaintiffs' rule-to-show-cause motion. Plaintiffs Disability Rights Louisiana ("DRLA")[2] and Brandon Cooper, Louis Davenport, Ron Gatlin, Kenny Swatt, Stephen Zeringue,

---

[1] ECF No. 218.

[2] Formerly the Advocacy Center. Plaintiff DRLA is a private, federally funded, non-profit corporation, designated by Louisiana to serve as the State's protection and advocacy system for persons with disabilities and is a party in the instant consolidated case as an associational plaintiff.

William Pitzer, Monica Jackson, Tyrin Perkins, Dominick Perniciaro, III, Scott Frye, and Ryan Kazemi (a.k.a. Ryan Kasami) [3] oppose this request for additional time.

Defendants offer no reason or justification for why they require such an extended amount of time to respond to Plaintiffs' motion. As noted in Plaintiffs' motion, Defendants do not dispute their noncompliance with key provisions of the Settlement Agreement approved by this Court on November 16, 2016.[4] Additionally, Defendants have had Plaintiffs' proposed terms of settlement since February 2021; they have had ample notice of Plaintiffs' position on their noncompliance with multiple provisions of the settlement and ample opportunity to marshal evidence to oppose enforcement of the consent judgment.[5] Finally, Defendants' failure to comply with the Settlement Agreement has resulted in a return to the state of crisis the instant litigation attempted to remedy.[6] Now, as at the inception of this litigation, individuals with serious mental illness are languishing in local jails across the state for months, with no indication that Defendants are taking steps to resolve extended wait times without intervention.[7]

Accordingly, Plaintiffs respectfully request that Defendants' motion for an extension to respond to Plaintiffs' motion be denied.

                    Respectfully Submitted,

---

[3] These individuals are consolidated plaintiffs, see ECF No. 65 and ECF No. 150, who were either found incompetent to proceed or NGRI and were awaiting mental health care treatment placement at the time of filing. These individual plaintiffs' criminal cases do not remain in the same procedural posture as they were at the time of filing, but as plaintiffs with standing at the time of entry of the Settlement Agreement, they continue as plaintiffs in efforts to enforce and maintain the terms of the Settlement Agreement.

[4] ECF No. 200; ECF No. 208-1; ECF No. 217-1 at 3.

[5] ECF No. 217-1 at 8–14.

[6] ECF No. 217-1 at 4–5.

[7] ECF No. 217-1 at 19–22.

/s/ *Ronald Lospennato*

Ronald K. Lospennato, Bar No. 32191
Evelyn Chuang, Bar No. 38993
Disability Rights Louisiana (formerly known as the Advocacy Center)
8325 Oak Street
New Orleans, LA 70118
Ph: 504-208-4679
Fax: 504-335-2890
rlospennato@disabilityrightsla.org
echuang@disabilityrightsla.org


/s/ *Elizabeth Cumming*

Eric Foley, Bar No. 34199
Elizabeth Cumming, Bar No. 31685
Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Ave.,
New Orleans, LA 70119
Ph: 504-620-2259
Fax: 504-208-3133
Eric.Foley@macarthurjustice.org
Elizabeth.cumming@macarthurjustice.org