UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON COOPER, et al., | |
| Plaintiffs | CIVIL ACTION NO. 3:14-00507-SDD-RLB |
| v. | JUDGE DICK |
| DR. RALPH L. ABRAHAM, et al., | MAGISTRATE JUDGE |
| Defendants | |
| *Consolidated with* | |
| ADVOCACY CENTER and MONICA JACKSON, | |
| Plaintiffs | CIVIL ACTION NO. 3:15-00751-SDD-RLB |
| v. | JUDGE DICK |
| DR. RALPH L. ABRAHAM, et al., | MAGISTRATE JUDGE BOURGEOIS |
| Defendants. | |

**ORDER**

Considering the *Consent Motion to Withdraw Motion for Entry of Judgment Enforcing Fee Provision of Supplemental Stipulated Order* submitted by Disability Rights Louisiana,

IT IS ORDERED that the *Motion for Entry of Judgment Enforcing Fee Provision of Supplemental Stipulated Order*, Record Document 246, is hereby deemed WITHDRAWN.

So ordered, at Baton Rouge, Louisiana, this  25th  day of March, 2024.

_____
CHIEF JUDGE SHELLY D. DICK